**EXHIBIT A**

RICHARD ALEXANDER, Cal. Bar #48432
JEFFREY W/ RICKARD, Cal. Bar #125180
RYAN M. HAGAN, Cal Bar #200850
ALEXANDER, HAWES & AUDET, LLP
152 North Third Street, Suite 600
San Jose, CA 95112
Telephone: (408) 289-1776
Facsimile: (408) 287-1776
**Attorneys for Plaintiff(s)**

RANDALL C. CREECH, Cal. Bar #65542
CREECH, LIEBOW & KRAUS
333 West San Carlos Street
Suite 1600
San Jose, CA 95110
Telephone: (408) 993-9911
Facsimile: (408) 993-1335

THOMAS M. CARNEY, admitted *pro hac vice*
CAROL A. RUTTER, admitted *pro hac vice*
HUSCH & EPPENBERGER, LLC
190 Carondelet Plaza, Suite 600
St. Louis, MO 63105-3441
Telephone: (314) 480-1500
Facsimile: (314) 480-1505
**Attorneys for Defendant Olin Corporation**

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA - SAN JOSE DIVISION

| | |
|---|---|
| STEVE AGUILAR,<br><br>Plaintiff,<br><br>v.<br><br>OLIN CORPORATION, et al.,<br><br>Defendants. | Case No.: C 03-01644 RMW<br><br>**STIPULATION FOR DISMISSAL WITH PREJUDICE OF DEFENDANT OLIN CORPORATION BY PLAINTIFFS STEVE AGUILAR** |

Pursuant to Fed.R.Civ.P. 41(a)(2), Plaintiff Steve Aguilar and Defendant Olin

Corporation hereby request that this Court, pursuant to Fed. R. Civ. P. 41(a)(2), enter an

Order dismissing with prejudice all claims asserted by Plaintiff Steve Aguilar as to

---

2055253.01
**Stipulation of Dismissal with Prejudice of Defendant Olin Corporation by Plaintiff Steve Aguilar - 1**

defendant Olin Corporation. All parties to bear their own costs and legal fees incurred to date in this action.

Dated: 8/4/05

                                              Respectfully submitted,

                                              ALEXANDER, HAWES & AUDET, LLP

                                              By: _____
                                                      RICHARD D ALEXANDER, Cal. Bar #48432
                                                       JEFFREY W/ RICKARD, Cal. Bar #125180
                                                       RYAN M. HAGAN, Cal Bar #200850
                                                       152 North Third Street, Suite 600
                                                       San Jose, CA 95112
                                                       Telephone: (408) 289-1776
                                                       Facsimile: (408) 287-1776

Attorneys for Plaintiff Steve Aguilar

HUSCH & EPPENBERGER, LLC

                                              By:   /s/ Carol A. Rutter
                                                      THOMAS M. CARNEY, admitted *pro hac vice*
                                                      CAROL A. RUTTER, admitted *pro hac vice*
                                                      190 Carondelet Plaza, Suite 600
                                                      St. Louis, MO 63105-3441
                                                      Telephone: (314) 480-1500
                                                      Facsimile: (314) 480-1505

                                                       RANDALL C. CREECH, Cal. Bar #65542
                                                      CREECH, LIEBOW & KRAUS
                                                      333 West San Carlos Street
                                                      Suite 1600
                                                      San Jose, CA 95110
                                                      Telephone: (408) 993-9911
                                                      Facsimile: (408) 993-1335

Attorneys for Defendant Olin Corporation

---

2055253.01

**Stipulation of Dismissal with Prejudice of Defendant Olin Corporation by Plaintiff Steve Aguilar - 2**

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA - SAN JOSE DIVISION

| | |
|---|---|
| STEVE AGUILAR, | Case No.: C 03-01644 RMW |
| Plaintiff, | **ORDER DISMISSING WITH PREJUDICE DEFENDANT OLIN CORPORATION BY PLAINTIFFS STEVE AGUILAR** |
| v. | |
| OLIN CORPORATION, et al., | |
| Defendants. | |

THIS MATTER coming on the motion of Plaintiff Steve Aguilar and Defendant Olin Corporation, for an order of dismissal with prejudice against the defendant OLIN CORPORATION, pursuant to Fed. R. Civ. P. 41(a)(2):

IT IS HEREBY ORDERED

Plaintiff Steve Aguilar's claims against Defendant Olin Corporation are dismissed with prejudice, pursuant to Fed. R. Civ. Pro. 41(a)(2). Each party shall bear their own costs and legal fees incurred to date in this action.

SO ORDERED:

DATED: 7/27/06

/s/ Ronald M. Whyte

2055253.01
**Stipulation of Dismissal with Prejudice of Defendant Olin Corporation by Plaintiff Steve Aguilar - 3**